Order issued October 23, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-1419-CV

## IN RE L. WAYNE TUCKER, ELIZABETH GEORGE, AND THE F&M BANK AND TRUST COMPANY, Relators

### Original Proceeding from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-06036

## ORDER

Before Justices Moseley, FitzGerald, and Myers

Before the Court is relators' motion for emergency temporary relief staying order and depositions. We **GRANT** the motion and **STAY** the trial court's August 6, 2012 Order Authorizing Depositions Before Suit and September 26, 2012 Order Authorizing Depositions Before Suit and Denying the Following Motions. This stay shall remain in effect until further order of this Court.

The Court also has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by November 5, 2012.

JIM MOSELEY
PRESIDING JUSTICE